ACCEPTED
14-15-00709-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 1:43:57 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00709-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 1:43:57 PM
CHRISTOPHER A. PRINE
Clerk

IN THE MATTER OF A.F., Appellant

A.F., Appellant

v.

THE STATE OF TEXAS,
Appellee

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-03135J

*APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF*

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

A.F., appellant, moves the Court to extend the time to file his brief and in support thereof respectfully shows:

1. Appellant's brief was due on December 2, 2015. He requests that its due date be extended to Monday, January 4, 2016.

2. Good cause exists to grant this motion. Within the last five weeks counsel prepared and filed appellant briefs in the following accelerated

appeals: No. 14-15-00799-CV; styled: *In re J.D.A.*; no. 14-15-00601-CV; styled: *In re N.S.* and, no. 14-15-00864-CV; styled: *In re B.M.S.* Counsel is currently preparing the appellant's briefs in accelerated appeals no. 14-15-00882-CV; styled: *In re K.I.B.C.* due December 7, 2015 and no. 14-15-00904-CV; styled: *In re B.J.C., et al.* due on December 14, 2015.

3. In addition, last week trials were scheduled for two parental termination cases where counsel represented the mother in a case numbered 2014-04419J; styled: *In the Interest of R.A., Child* in the 313th District Court and the father in a case numbered 2014-00645J; styled: *In the Interest of R.P., et al., Children* in the 315th District Court. Finally, counsel appeared in approximately 25 non-trial setting.

4. This extension is not sought for the purposes of delay but rather so that the ends of justice may be served.

WHEREFORE, A.F., appellant, prays that this Honorable Court extend the time to file his brief to Monday, January 4, 2016.

Respectfully submitted,
/s/ william m thursland

_____
William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX 77002
Email: wmthursland@hotmail.com
Tel.: (713) 655-0200 x 105;

Fax: (713) 655-9035

Attorney for Appellant A.F.

CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that Appellee's counsel, ADA Eric Cougler, is unopposed to this motion.

/s/ william m thursland
_____
William M. Thursland

CERTIFICATE OF SERVICE

I certify that on December 7, 2015 a true and correct copy of the foregoing pleading was served appellee's counsel, Eric Cougler, Assistant Harris County District Attorney, by fax to (713) 755-5809.

/s/ william m thursland
_____
William M. Thursland